IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEBBIE A. HARRIS                                                               PLAINTIFF

V.                                                                        NO. 3:11CV-00026-NBB-JMV

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                      DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated August 4, 2011, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated August 4, 2011, is hereby approved and adopted as the opinion of the Court.

2. That the Commissioner's Motion for Summary Judgment (# 7) is **GRANTED**, and this action is hereby **DISMISSED with prejudice**.

THIS, the 22 day of August, 2011.

NEAL BIGGERS
U. S. DISTRICT JUDGE